AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.

MARION LAMONT FLOWERS


RECEIVED DEC 8 2022 U.S. Marshals Service, EDNC

**WARRANT FOR ARREST**

CRIMINAL CASE: 7:22-CR-135-1D-BM

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**MARION LAMONT FLOWERS** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information _____ Complaint

_____ Order of Court: _____ Violation Notice _____ Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. § 846: Conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine, and quantities of cocaine, cocaine base, and fentanyl

Counts 2, 3, 4, 5, and 8 - 21 U.S.C. § 841(a)(1): Distribution of a quantity of cocaine

Counts 6 and 7 - 21 U.S.C. § 841(a)(1): Distribution of a quantity of methamphetamine and cocaine

Count 9 - 21 U.S.C. § 841(a)(1): Possession with the intent to distribute 50 grams or more of methamphetamine, and quantities of cocaine, cocaine base, and fentanyl

Count 10 - 18 U.S.C. § 924(c)(1)(A): Possession of a firearm in furtherance of a drug trafficking crime

Count 11 - 18 U.S.C. § 922(g) and 924: Possession of a firearm by convicted felon

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

DECEMBER 7, 2022 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED 12/8/22 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 12/14/22 | Michael Bowling OUSM  Signed on behalf of the ATF | [signature] |

FILED
DEC 14 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case 7:22-cr-00135-D-BM   Document 12   Filed 12/14/22   Page 1 of 1